# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

2005 JUL 22 P 3 10

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
DEPUTY

United States of America )
vs. ) Case No. 1:05-MJ-00145-DLB
Phillip Lloyd Wright )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Phillip Lloyd Wright____, have discussed with _____Dan Stark_____, Pretrial Services
Officer, modifications of my release conditions as follows:

Add the following conditions: You shall refrain from any use of alcohol or any use or possession of a narcotic
drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall
submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/14/05          _____  7-15-2005
Signature of Defendant          Date           Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7-19-05
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7-18-05
Signature of Defense Counsel          Date

## ORDER OF THE COURT
☑ The above modification of conditions of release is ordered, to be effective on ____for thwith____.
☐ The above modification of conditions of release is *not* ordered.

_____                    July 22, 2005
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services