**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | Phillip Lloyd Wright |
| **Docket Number:** | 1:05MJ00145-01 SMS |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | October 24, 2005 |
| **Original Offense:** | 18 USC 661, Theft of Personal Property of Another |
| **Original Sentence:** | 6 months Probation, $500 fine, $25 special assessment. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial restrictions 3) Financial access; 4) No new lines of credit; 5) Participate in drug/alcohol treatment and testing; 6) Abstain from the use of alcohol; 7) Aftercare co-payment. |
| **Other Court Action:** | 04/14/2006: The Court was notified regarding a new law violation, and approved the probation officer's plan requiring his participation in the comprehensive sanction center for 120 days. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | October 24, 2005 |

**PETITIONING THE COURT**

[X]  **To modify the conditions of supervision as follows:** The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period not to exceed 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

RE:   Wright, Phillip
      Docket Number: 1:05MJ00145-01 LJO

## JUSTIFICATION

On March 22, 2007, the defendant was again arrested for a violation of Driving Under the Influence of Alcohol; Driving with a Suspended License; and Disorderly Conduct, all of which are in violation of the general condition that he not commit another federal, state or local crime. Additionally, the defendant has a special condition which specifically prohibits the use of alcohol.

In general, the defendant's adjustment on supervision has been unsatisfactory. He has continued to drink alcohol, and has been arrested for his third alcohol related offense and seems to be developing a significant problem with the consumption of alcohol. The defendant had been attending court ordered counseling; however, it appears outpatient counseling services have not diminished his desire to consume alcohol. Given the fact serious sanctions seem to be in order at this time, this officer is recommending a 6-month commitment to the Comprehensive Sanction Center in lieu of a prison sentence. While incarcerated in the Comprehensive Sanction Center, the defendant will be allowed to attend counseling in a structured environment and continue to maintain employment. Furthermore, he will be required to attend all local court dates and satisfy any sanctions resulting from his expected conviction for Driving Under the Influence of Alcohol. It should be noted he has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem**
United States Probation Officer
Telephone: (559) 499-5731

**DATED:**   June 14, 2007
            Fresno, California
            TDM

**Reviewed by:**   /s/ Bruce A. Vasquez
                   **BRUCE A. VASQUEZ**
                   Supervising United States Probation Officer

2

Rev. 02/2000
PROB12B.MRG

RE: **Wright, Phillip**
**Docket Number: 1:05MJ00145-01 LJO**

---

**THE COURT ORDERS:**

X     **Modification approved as recommended.**

☐     **Modification not approved at this time. Probation Officer to contact Court.**

☐     **Other:**


 June 14, 2007                              /s/ Dennis L. Beck
**Date**                                **Name of Judicial Officer**
cc:    United States Probation
       Assistant United States Attorney
       Assistant Federal Defender
       Defendant
       Court File